**NOT FOR PUBLICATION WITHOUT THE**
**APPROVAL OF THE APPELLATE DIVISION**

This opinion shall not "constitute precedent or be binding upon any court." Although it is posted on the internet, this opinion is binding only on the parties in the case and its use in other cases is limited. R. 1:36-3.

SUPERIOR COURT OF NEW JERSEY
APPELLATE DIVISION
DOCKET NO. A-2431-18T2

JUDITH JOHNSON,

    Plaintiff-Respondent,

v.

CHARLES HUTCHINSON,

    Defendant-Appellant.

_____

Submitted May 7, 2020 – Decided May 20, 2020

Before Judges Suter and DeAlmeida.

On appeal from the Superior Court of New Jersey, Chancery Division, Family Part, Monmouth County, Docket No. FM-13-1760-11.

Charles Hutchinson, appellant pro se (Siobhan Fuller, on the brief).

David M. Meth, attorney for respondent.

PER CURIAM

The parties have advised us that this matter has been amicably settled between them and stipulate to the dismissal of this appeal. Accordingly, the appeal is dismissed with prejudice and without costs.

Dismissed.

I hereby certify that the foregoing is a true copy of the original on file in my office.

CLERK OF THE APPELLATE DIVISION

2

A-2431-18T2